# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: January 23, 2019

```
* * * * * * * * * * * * * *    *
BRIDIE FRIEL,                  *       No. 18-1071V
                               *
          Petitioner,          *       Special Master Sanders
                               *
 v.                            *
                               *       Joint Stipulation of Dismissal; Vaccine Rule 21(a);
SECRETARY OF HEALTH            *       No Judgment; Order Concluding Proceedings
AND HUMAN SERVICES,            *
                               *
          Respondent.          *
* * * * * * * * * * * * * *    *
```

## ORDER CONCLUDING PROCEEDINGS[1]

On January 22, 2019, the parties filed a Joint Stipulation of Dismissal in the above-captioned case. ECF No. 11.

Accordingly, pursuant to Vaccine Rule 21(a) the above-captioned case is hereby **dismissed without prejudice**. The Clerk of Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Herbrina D. Sanders
Herbrina D. Sanders
Special Master

---

[1] This decision shall be posted on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2012)). **This means the Decision will be available to anyone with access to the Internet**. As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).